NO OPINION
0-1-1901
ISSUED